No. 240, Misc. COCHRAN v. MISSOURI. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morris A. Shenker* for petitioner. *Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 619, Misc. RAGAN v. COX, COMMANDANT, U. S. DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Frederick Bernays Wiener* and *Robert E. Hannon* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 540, Misc. PAROUTIAN v. UNITED STATES. Motion to remand and petition for a writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Irving Younger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 54. UNITED STATES v. STAPF ET AL., EXECUTORS AND TRUSTEES, *ante,* p. 118;

No. 305. WRIGHT CONTRACTING CO. v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 879;

No. 403. MISSISSIPPI POWER & LIGHT CO. ET AL. v. CAPITAL ELECTRIC POWER ASSOCIATION ET AL., *ante,* p. 77; and

No. 408. WALKER ET AL. v. FOREST PRESERVE DISTRICT OF COOK COUNTY, ILLINOIS, *ante,* p. 906. Petitions for rehearing denied.